IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| In re: | : | BANKRUPTCY CASE |
|---|---|---|
|  | : |  |
| CRAFTMADE HOMES, INC., | : | NO: 03-12268-JTL |
|  | : |  |
|  | : | CHAPTER 11 |
| Debtor. | : |  |

DEBTOR'S REPORT OF PAYMENT OF UNCLAIMED FUNDS TO COURT

COMES NOW, CRAFTMADE HOMES, INC., debtor-in-possession in the above Chapter 11 case, by and through its attorney, Thomas D. Lovett, and shows the following:

-1-

Under the Debtor's confirmed chapter 11 plan of liquidation, the Debtor collected and disbursed funds to creditors in this case. Some of the funds are unclaimed for creditors whom the Debtor has been unable to locate. Therefore, under 11 U.S.C. §347 (a), the Debtor is giving this notice that the Debtor is paying into the Court the amount of unclaimed funds identified below in the sum of $258.39.

-2-

As required by Federal Rule of Bankruptcy Procedure 3011, the last known name of each entity who did not claim funds when disbursed to them, the claim number and the amount that each entity is entitled to be paid from the monies received through the bankruptcy case:

| NAME OF ENTITY | CLAIM NUMBER | AMOUNT |
|---|---|---|
| 1. NORDYNE, INC. |  | $39.95 |
| 2. PHILLIPS PROD. |  | $12.56 |
| 3. BORING SMITH |  | $72.63 |
| 4. FORKLIFTS PLUS, INC. |  | $1.60 |
| 5. CHRISTINE JOHNSON |  | $12.71 |
| 6. CAYMANX |  | $55.39 |
| 7. CRISP DISTRIBUTION |  | $63.55 |
| TOTAL |  | $258.39 |

All efforts have been made to try to locate each entity listed above. However, the Debtor has been unable to locate a current address for each entity.

WHEREFORE, the debtor respectfully request that this report be approved.

/s/ Thomas D. Lovett
Attorney for Debtor
PO Box 1164
Valdosta, Georgia 31602
State Bar Number 459571
tlovett@kelleylovett.com

CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing **Debtor's Report of Payment of Unclaimed Funds to Court** to Elizabeth A. Hardy, Assistant U.S. Trustee by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov, this ___6th___ day of January, 2013.

/s/ Thomas D. Lovett
THOMAS D LOVETT, Attorney for Debtor