*Law Offices of*

# Kelley, Lovett, & Blakey, P.C.

Walter W. Kelley
Thomas D. Lovett*
F. Anthony Blakey
Charles Farrell, Jr.
Shanna C. Aderhold**
David S. Ballard
Alex Sanders

*Also Admitted In Florida
**Also Admitted In Tennessee

P. O. Box 1164
Valdosta, Georgia 31603
Telephone (229) 242-8838
Facsimile (229) 242-1151
tlovett@kelleylovett.com
cfarrell@kelleylovett.com

**Reply to Valdosta Office**

**ALBANY OFFICE**
2539 Lafayette Plaza Drive
Albany, Georgia 31707-2248

**VALDOSTA OFFICE**
2912-B N. Oak Street
P. O. Box 1164
Valdosta, Georgia 31603
Telephone (229) 242-8838
Facsimile (229) 242-1151

January 28, 2015

United States Bankruptcy Courts
Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902

RECEIVED
U.S. Bankruptcy Court
FEB 2 2015
Middle District of Georgia

Re:   CRAFTMADE HOMES, INC.; CHAPTER 11 03-12268-JTL
      Payment into Court for Unpaid Final Dividend Checks.

Dear Clerk:

The above case closed on January 4, 2013. Since the case is closed I am forwarding the enclosed firm check for paying into the Court the unpaid final dividend check(s) identified below in the sum of $3,679.77 pursuant to and in accordance with §347(a) of Title 11, United States Code (the "Bankruptcy Code").

| Name of Payee | Check No. | Amount |
|---|---|---|
| Barber Oil Company | 18134 | $ 16.65 |
| American Shower Bath Corp. | 18149 | $ 83.34 |
| Central National Bank | 18168 | $ 3509.87 |
| Southern Supply | 18201 | $ 69.91 |
| | Total | $3679.77 |

Sincerely,

KELLEY, LOVETT & BLAKEY, P.C.

*[signature]*

Thomas D. Lovett
Attorney for Debtor

TDL/rb

Enclosure